# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| BROOKS M. WITZKE,<br><br>  Plaintiff,<br><br>vs.<br><br>The IDAHO STATE BAR, MATTHEW K. WILDE, in his official capacity, KURT D. HOLZER, in his official capacity, and MAUREEN R. BRALEY, in her official capacity,<br><br>  Defendants. | Case No. 1:22-cv-00090-REP<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this entire case is DISMISSED with prejudice.  The case is also ordered closed.

DATED: November 29, 2022

Raymond E. Patricco
Chief U.S. Magistrate Judge

**JUDGMENT - 1**